```
1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2793
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. S-04-400 LKK |
| | ) | |
| Plaintiff, | ) | WRIT OF HABEAS CORPUS AD |
| | ) | PROSEQUENDUM |
| v. | ) | |
| | ) | |
| DUANE EDWARD FEISEL, | ) | |
| | ) | |
| Defendant. | ) | |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: The Warden, Sheriff, or Jailor of Correctional Training Facility, Highway 101, Soledad, California, and to any United States Marshal.

G R E E T I N G S

WE COMMAND that you produce and deliver the person known as DUANE EDWARD FEISEL, born 2/10/1964, CDC No. V56267, now in your custody, before the Duty Magistrate Judge of the United States District Court, Federal Building and United States Courthouse, 501 I Street, Sacramento, California, forthwith, in order that said defendant in the above-entitled case may then and there be

1 arraigned and enter his plea at the said time and place, and also
2 at such other times and for such other purposes as may be ordered
3 by the said Court.
4     The delivery of the defendant to the courtroom of the
5 Duty Magistrate Judge, as aforesaid, and then return by you of
6 said defendant to your custody, shall be deemed sufficient
7 compliance with this Writ.
8    WITNESS the Honorable Gregory G. Hollows, United States
9 Magistrate Judge of the United States District Court for the
10 Eastern District of California.

DATED:

                                                    CLERK, UNITED STATES DISTRICT COURT
                                                   Eastern District of California

                           BY: _____
                                DEPUTY CLERK

```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2793
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )   CR NO. S-04-400 LKK
                                  )
12           Plaintiff,           )   APPLICATION AND ORDER
                                  )   FOR WRIT OF HABEAS CORPUS
13      v.                        )   AD PROSEQUENDUM
                                  )
14  DUANE EDWARD FEISEL,          )
                                  )
15           Defendant.           )
                                  )
16
```

17       COMES NOW the United States of America by the United States
18  Attorney and represents and shows:
19       That there is now detained in Correctional Training
20  Facility, Highway 101, Soledad, California, in the custody of the
21  Warden, Sheriff, or Jailor thereof, the defendant in the
22  above-entitled case, which case will be called for arraignment
23  and plea, and that it is necessary to have the defendant present
24  in the courtroom of the Duty Magistrate of the United States
25  District Court, Federal Building and United States Courthouse,
26  501 I Street, Sacramento, California; and in order to secure the
27  presence of the defendant it is necessary that a Writ of Habeas
28  Corpus ad Prosequendum be issued commanding the Warden, Sheriff,

or Jailor to produce the defendant in court forthwith, and at such other dates as may be necessary in order to procure the defendant's presence to enter a plea and all other proceedings incident thereto.

    WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus ad Prosequendum out of and under the seal of this Court, directed to the Warden, Sheriff, or Jailor, commanding him to have and produce the above-named defendant in the United States District Court forthwith, and then and there to present the defendant before the Court, and from day to day thereafter as may be necessary, and at the termination of the proceedings against the defendant to return the defendant to the custody of the Warden, Sheriff, or Jailor.

DATED: May 16, 2005

                                       McGREGOR W. SCOTT
                                       United States Attorney

                        BY:   /s/ Matthew C. Stegman
                              MATTHEW C. STEGMAN
                              Assistant U.S. Attorney

## O R D E R

    Upon reading and filing the foregoing Application, and after finding good cause for the issuance of the writ;

    IT IS ORDERED that a Writ of Habeas Corpus ad Prosequendum issue as prayed for herein.

Dated: 5/18/05

                              /s/ Gregory G. Hollows
                              _____
                              HONORABLE GREGORY G. HOLLOWS
                              United States Magistrate Judge