```
QUIN DENVIR, Bar #49374
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DUANE EDWARD FEISEL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | NO. CR-S-04-400-LKK |
| ) | |
| Plaintiff,   ) | STIPULATION AND ORDER VACATING |
| ) | TRIAL CONFIRMATION AND JURY TRIAL |
| v.    ) | HEARINGS AND SETTING STATUS |
| ) | CONFERENCE |
| DUANE EDWARD FEISEL,    ) | |
| ) | Date:  August 2, 2005 |
| Defendant.    ) | Time:  9:30 a.m. |
| ) | Judge: Lawrence K. Karlton |
| _____ ) | |

    IT IS HEREBY STIPULATED by and between MATT STEGMAN, Assistant United States Attorney, and MATTHEW BOCKMON, attorney for defendant DUANE EDWARD FEISEL, that the trial confirmation hearing of July 19, 2005 and the jury trial of August 2, 2005 be vacated and the case set for status hearing on August 2, 2005 at 9:30 a.m.

    This continuance is requested because defense counsel and his investigator will be out of the district on another case presently scheduled for trial in the U.S. District Court and government's counsel is presently in trial.

    The parties agree that the Court should exclude time under the

1 Speedy Trial Act from the date of this order through the date of the
2 status conference set for August 2, 2005 pursuant to 18 U.S.C. § 3161
3 (h)(8)(B)(iv) for reasonable time to prepare and Local Code T4.
4 Dated: July 14, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
DUANE EDWARD FEISEL

Dated: July 14, 2005     MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
MATT STEGMAN
Assistant U.S. Attorney
per telephonic authority

### O R D E R

FOR GOOD CAUSING SHOWING, the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.  Time is excluded under Title 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T-4.

IT IS SO ORDERED that the trial confirmation of July 19, 2005 and jury trial of August 2, 2005 be vacated and the case set for status conference on August 2, 2005 at 9:30 a.m.

Dated: July 15, 2005

/s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
United States District Judge

Stipulation and Order                2