1  QUIN DENVIR, Bar #49374
   Federal Defender
2
   MATTHEW C. BOCKMON, Bar #161566
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   DUANE EDWARD FEISEL
7

8

9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,    )  NO. CR-S-04-400 LKK
                                )
14             Plaintiff,       )
                                )  ORDER FOLLOWING HEARING
15      v.                      )
                                )
16 DUANE EDWARD FEISEL,         )
                                )  Judge: Hon. Lawrence K. Karlton
17             Defendant.       )
                                )
18 _____)

19      This matter was before the court on August 9, 2005 for status

20 hearing.  The government was represented by its counsel, Matthew

21 Stegman, Assistant United States Attorney, and the defendant was

22 present with his counsel, Matthew C. Bockmon, Assistant Federal

23 Defender.

24      The parties indicated that they are very close to a final

25 resolution of the case and requested additional time to finalize their

26 negotiations.

27      Good cause appearing therefor,

28      IT IS ORDERED that this matter is continued to August 16, 2005 at

1  9:30 a.m. for further Status Conference.
2       IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
3  (iv) and Local Code T4, the period from August 9, 2005 to August 16,
4  2005 is excluded from the time computations required by the Speedy
5  Trial Act due to ongoing preparation of counsel.
6  Dated: August 10, 2005

/s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
Senior, U.S. District Court Judge

Order Following Hearing                 2