Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 500
Sacramento, CA   95814

Telephone: (916) 443-1504
Fax: (916) 443-1511
Email: pcozens@aol.com

Attorney for Defendant Duane Feisel

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:04-CR-0400 LKK |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION FOR CONTINUANCE OF |
| | ) | SENTENCING HEARING FROM |
| v. | ) | AUGUST 28, 2012 TO SEPTEMBER 18, 2012 |
| DUANE FEISEL       . | ) | |
| | ) | |
| Defendant. | ) | |

    It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Michelle Prince, Esq. and Defendant Duane Feisel through his attorney Philip Cozens, Esq., that:

    The Sentencing Hearing currently scheduled for August 28, at 9:15 a.m. in Judge Karlton's Court be re-scheduled for September 18, 2012 at 9:15 a.m. in Judge Karlton's Court. The stipulated continuance is necessary for Defendant's attorney to draft a memorandum in opposition to the Deputy Probation Officer's recommendation for sentencing.

    Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.

1  Time should be excluded from speedy trial calculations from August 28, 2012 through and
2  including September 17, 2012.
3         It is so stipulated.
4  Dated: August 24, 2012                    /s/ Michelle Prince, Esq._____
5                                            Michelle Prince, Esq.
6                                            Assistant United States Attorney
7                                            Eastern District of California
8
9                                            /s/ Philip Cozens_____
10                                           Philip Cozens
11                                           Attorney for Defendant Duane Feisel

12                                  **ORDER**

13        The court, having read and considered the above-stipulation and finding good
14  cause therefore, orders that the Sentencing Hearing currently scheduled for August 28, at 9:15
15  a.m. in Judge Karlton's Court be re-scheduled for September 18, 2012 at 9:15 a.m. in Judge
16  Karlton's Court.  The stipulated continuance is necessary for Defendant's attorney to draft a
17  memorandum in opposition to the Deputy Probation Officer's recommendation for sentencing.
18  Time is excluded for defense attorney preparation pursuant to Local Code T4 and the court
19  finds the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.
20  Time should be excluded from speedy trial calculations from August 28, 2012 through and
21  including September 17, 2012.
22  Dated:  August 28, 2012

                                            LAWRENCE K. KARLTON
                                            SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT