BENJAMIN B. WAGNER
United States Attorney
MICHELLE A. PRINCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2758

Attorney for Defendant
DUANE EDWARD FEISEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | 2:04-CR-00400 LKK |
| Plaintiff,  ) | ORDER TO CONTINUE |
|   ) | DISPOSITIONAL HEARING |
| v.  ) |   |
|   ) | DATE: September 18, 2012 |
| DUANE EDWARD FEISEL,  ) | Time: 9:15 a.m. |
|   ) | Judge: Hon. Lawrence K. Karlton |
| Defendant.  ) |   |

The dispositional hearing is continued to September 25, 2012, at 09:15 a.m. The court finds that a continuance is necessary for the reasons stated above.

**SO ORDERED.**

Dated: September 17, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3