```
                              FILED
                              September 25, 2012
                              CLERK, US DISTRICT COURT
                              EASTERN DISTRICT OF
                              CALIFORNIA
                              DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:04-CR-0400 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| DUANE EDWARD FEISEL, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   DUANE EDWARD FEISEL  , Case No.

 2:04-CR-0400  , Charge   18:3606 - Violation of Supervised Release  , from custody for the

following reasons:

   ✔   Release on Personal Recognizance

   __   Bail Posted in the Sum of $__

         __   Unsecured Appearance Bond

         __   Appearance Bond with 10% Deposit

         __   Appearance Bond with Surety

         __   Corporate Surety Bail Bond

         __   (Other)   __


Issued at  Sacramento, CA  on  September 25, 2012  at  9:38 am  .

                                 By /s/ Lawrence K. Karlton
                                    Lawrence K. Karlton
                                    United States District Judge

Original - U.S. Marshal