UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

                RE:   FEISEL, Duane Edward
                      Docket Number:   2:04CR00400-01
                      <u>**EVIDENCE DISPOSAL MEMORANDUM**</u>

Your Honor,

The purpose of this memorandum is to request the Court approve destruction of the below listed contraband which was seized from the releasee's residence on May 13, 2013. Judicial notice was made in a non-compliance report dated May 23, 2013, and the matter has been disposed.

1)     One Coca-Cola soda can modified with punch holes to ingest illicit substances.

2)     One 1.75 liter Skyy vodka bottle, approximately 20% full of alcohol.

                         Respectfully submitted,

                            /s/ R. Walters

                           **R. WALTERS**
                         **Senior United States Probation Officer**

Dated:       June 7, 2013
               Redding, California
               RCW:aph

                      /s/ Kyriacos M. Simonidis

**REVIEWED BY:**

                 **KYRIACOS M. SIMONIDIS**
                 **Supervising United States Probation Officer**

RE:   FEISEL, Duane Edward
      Docket Number:   2:04CR00400-01
      <u>EVIDENCE DISPOSAL MEMORANDUM</u>

**REVIEWED BY:**   /s/ Terence E. Sherbondy
_____
**TERENCE E. SHERBONDY**
**Deputy Chief United States Probation Officer**

_____

### UNITED STATES ATTORNEY'S OFFICE

The United States Attorney's Office has no prosecutorial interest or objections to the Probation Office's request to dispose of the property/contraband listed herein.

Respectfully,

June 7, 2013                       /s/ Todd Leras
_____             _____
**Date**                           **Assistant United States Attorney**

RE:   FEISEL, Duane Edward
      Docket Number:   2:04CR00400-01
      **EVIDENCE DISPOSAL MEMORANDUM**

_____

**THE COURT ORDERS:**

(✔)   The Probation Office is hereby authorized to dispose the contraband and seized property listed in the request.

(  )   Request to dispose contraband and seized property is denied.

(  )   Other:

<u>June 12, 2013</u>                                                          _____
**Date**                                                                      **Signature of Judicial Officer**


cc:   Richard A. Ertola, CUSPO
      Rick C. Louviere, ADCUSPO